UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WANG KOO CHUNG,

    Petitioner,

  v.

DOUG WADDINGTON,

    Respondents.

Case No. C06-5249RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The petition is **DISMISSED** as time barred.

(3)     The clerk is directed to send copies of this Order to Petitioners' counsel and counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 5th day of January, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1