HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WANG KOO CHUNG,

                Petitioner,

       v.

DOUG WADDINGTON,

                Respondent.

Case No. C06-5249RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Petitioner's Motion for a Certificate of Appealability [Dkt. #19].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This Court declines to issue a Certificate of Appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right."   28 U.S.C. §2253(c)(2); See Report and Recommendation [Dkt. #14].

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of February, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1